**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
JOHN ARMANDO QUESADA, *individually*
*and on behalf of others similarly situated,*

                               Plaintiff,                20-cv-5639 (BMC)

      -against-

HONG KONG KITCHEN INC. (D/B/A HONG
KONG) and WU J. LIN,

                              Defendants.
-------------------------------------------------------X

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, on February 23, 2021 at 10:30 a.m., or as soon thereafter as counsel may be heard, upon the annexed declaration of Michael Faillace, and exhibits attached thereto, the declaration of Plaintiff John Armando Quesada ("Plaintiff"), the accompanying memorandum of law, and all prior papers and proceedings in this case, said Plaintiff, by counsel, will move the court, pursuant to Fed. R. Civ. P. 55(b)(2) and Local Rule 55.2(b), for judgment by default against Defendants HONG KONG KITCHEN INC. (D/B/A HONG KONG) and WU J. LIN.

Answering papers, if any, shall be served on the undersigned no later than fourteen days after service of the moving papers in accordance with Local Rule 6.1(b), or at such other time as the court may direct.

Dated: New York, New York
        January 19, 2021                      MICHAEL FAILLACE & ASSOCIATES, P.C.

                                                            By: /s/ Michael Faillace
                                                                Michael Faillace, Esq.

- 2 -

              MICHAEL FAILLACE & ASSOCIATES, P.C.
              One Grand Central Place
              60 East 42nd Street, Suite 4510
              New York, New York 10165
              Tel: (212) 317-1200
              Fax: (212) 317-1620
              Email: michael@faillacelaw.com
              *Attorneys for Plaintiff*

To:

HONG KONG KITCHEN INC.
(D/B/A HONG KONG)
c/o New York State Department of State, Division of Corporations
99 Washington Avenue, Sixth Floor
Albany, New York 12210

Hong Kong Kitchen Inc. (d/b/a Hong Kong)
62-97 Forest Avenue
Ridgewood, New York 11386

Wu J. Lin
c/o Hong Kong Kitchen Inc. (d/b/a Hong Kong)
62-97 Forest Avenue
Ridgewood, New York 11386